Egbert B. Seaman, Appellant, v. Sophie Fleischman, Respondent.— Appeal by the plaintiff from a judgment rendered in favor of the defendant in the Municipal Court, tenth district, borough of Manhattan. Hugo S. Mack, for Appellant; Shipman, Larocque & Choate, for Respondent. Judgment affirmed, with costs. No opinion.

Luke H. Ellison, Appellant, v. George P. Jacobs et al., Respondents.— Appeal by the plaintiff from a judgment rendered in favor of the defendants in the Municipal Court, second district, borough of Manhattan. William B. Flansburgh, for Appellant; Edward H. Harrison, for Respondents. Judgment affirmed, with costs to the respondents. No opinion.

Luke H. Ellison, Appellant, v. Robert E. Ash et al., Respondents.— Appeal by the plaintiff from a judgment rendered in favor of the defendants in the Municipal Court, second district, borough of Manhattan. William B. Flansburgh, for Appellant; Edward H. Harrison, for Respondents. Judgment affirmed, with costs to the respondents. No opinion.

## Supreme Court — Appellate Term, November, 1899.

Before Freedman, P. J., MacLean and Leventritt, JJ.

William J. Walsh, Appellant, v. The Third Avenue Railroad Company, Respondent.— Apeal from a judgment in favor of the defendant, based on the verdict of a jury, rendered in the Municipal Court of the city of New York, seventh district, borough of Manhattan. William J. Walsh (J. Campbell Thompson, of counsel), for Appellant; Hoadly, Lauterbach & Johnson, for Respondent. Judgment affirmed, with costs to the respondent. No opinion.